UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00185 |
| ) | JUDGE CAMPBELL |
| MICHAEL WHITSEY ) | |

ORDER

The status conference currently scheduled for October 26, 2012 is RESCHEDULED for October 30, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE