UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00185 |
| | ) | JUDGE CAMPBELL |
| MICHAEL WHITSEY | ) | |

## ORDER

Pending before the Court is a Motion to Extend Time for Filing Pretrial Motions (Docket No. 27). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to September 10, 2013.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE